IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE COURTLAND COMPANY, INC., a West Virginia Business Corporation,<br><br>　　　Plaintiff and Counterdefendant,<br><br>v.<br><br>UNION CARBIDE CORPORATION, a New York Corporation,<br><br>　　　Defendant and Counterclaimant, | )<br>)<br>)　No. 2:19-cv-00894<br>)<br>)　*Electronically filed*<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COUNTERDEFENDANT, COURTLAND COMPANY, INC.'S MOTION FOR SUMMARY JUDGMENT AS TO COUNTERCLAIMANT, UNION CARBIDE CORPORATION'S COUNTERCLAIMS**

　　For the reasons set forth in its accompanying Memorandum of Law, Counterdefendant, The Courtland Company, Inc., pursuant to Rule 56, Federal Rules of Civil Procedure, moves this Honorable Court for summary judgment in its favor as to the counterclaims of Union Carbide Corporation.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　ZIMMER KUNZ, PLLC

　　　　　　　　　　　　　　　　　　　/s/ *Matthew G. Breneman*
　　　　　　　　　　　　　　　　　　　MATTHEW G. BRENEMAN, ESQUIRE
　　　　　　　　　　　　　　　　　　　W.V. I.D. #9303
　　　　　　　　　　　　　　　　　　　KERRI A. SHIMBORSKE-ABEL, ESQUIRE
　　　　　　　　　　　　　　　　　　　W.V. I.D. #10009
　　　　　　　　　　　　　　　　　　　BRIAN M. LUCOT, ESQUIRE
　　　　　　　　　　　　　　　　　　　W.V. I.D. #11562
　　　　　　　　　　　　　　　　　　　lucot@zklaw.com
　　　　　　　　　　　　　　　　　　　310 Grant Street, Suite 3000
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　　　　(412) 281-8000
　　　　　　　　　　　　　　　　　　　Counsel for Counterdefendant, The Courtland Company Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE COURTLAND COMPANY, INC., a West Virginia Business Corporation, | ) ) ) No. 2:19-cv-00894 |
| Plaintiff and Counterdefendant, | ) ) |
| v. | ) *Electronically filed* ) ) |
| UNION CARBIDE CORPORATION, a New York Corporation, | ) ) ) ) |
| Defendant and Counterclaimant, | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing COUNTERDEFENDANT, COURTLAND COMPANY, INC.'S MOTION FOR SUMMARY JUDGMENT AS COUNTERCLAIMANT, UNION CARBIDE CORPORATION'S COUNTERCLAIMS was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to, and constitutes service on all counsel of record.

ZIMMER KUNZ, PLLC

/s/ *Matthew G. Breneman*
MATTHEW G. BRENEMAN, ESQUIRE
W.V. I.D. #9303
KERRI A. SHIMBORSKE-ABEL, ESQUIRE
W.V. I.D. #10009
BRIAN M. LUCOT, ESQUIRE
W.V. I.D. #11562
lucot@zklaw.com
310 Grant Street, Suite 3000
Pittsburgh, PA 15219
(412) 281-8000
Counsel for Counterdefendant, The Courtland Company Inc.