```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**THE COURTLAND COMPANY, INC.,**

       **Plaintiff,**

v.                                  Civil Action No. 2:18-cv-01230
                                     Civil Action No. 2:19-cv-00894
                                     Civil Action No. 2:21-cv-00101
                                     Civil Action No. 2:21-cv-00487

**UNION CARBIDE CORPORATION,**

       **Defendant.**

<u>ORDER</u>

On June 24, 2022, the court held a telephonic status conference with the parties respecting the upcoming trial in the above-styled actions.

As stated at the conference, it is ORDERED that the final settlement conference and trial dates currently set in these matters be continued as follows:

| Final settlement conference | 07/06/2022 1:00 PM |
|---|---|
| Trial | 07/07/2022 9:30 AM |

It is further ORDERED that all subpoenas issued by the parties be continued to the new trial date as set forth above and that the parties file their revised integrated pretrial order with the court on or before June 29, 2022.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: June 24, 2022

_____
John T. Copenhaver, Jr.
Senior United States District Judge

2