**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

THE COURTLAND COMPANY,

      Plaintiff,

v.                                                                          CIVIL ACTION NO. 2:19-cv-00894
                                                                            CIVIL ACTION NO. 2:21-cv-00487

UNION CARBIDE CORPORATION,

      Defendant.

**ORDER**

Pending is Plaintiff The Courtland Company's ("Courtland") Motion for Attorney Fees and Related Nontaxable Expenses Pursuant to Rule 54(d), 42 U.S.C. § 6972(e), and 33 U.S.C. § 1365(d) [ECF 690, Courtland II], filed December 19, 2024.

**I.**

On May 15, 2026, this matter was reassigned to the undersigned for disposition of the instant motion. Upon review of Courtland's counsels' supporting billing records, supplementation is necessary respecting attorney Chase Neely's timesheets for proper adjudication. Specifically, the entirety Mr. Neely's 263.4 hours are generally billed to "Courtland," without differentiating between the time spent on Courtland II and Courtland IV. This information is critical to the analysis.

Lastly, in addition to its attorney fees and expert witness fees, Courtland also seeks an award of other nontaxable costs in the amount of $199,208.66, to "be offset against any taxable costs awarded to [it] . . . under its Bills of Costs . . . with the exception of the two filling fees (totaling $802) that are not part of the costs sought in this motion." [ECF 693 at 32, Courtland II].

On March 3, 2026, the parties informed the Court they had resolved all issues respecting their pending Proposed Bills of Costs in both actions. [ECF 718, Courtland II]. Considering the resolution, on March 26, 2026, the parties' Proposed Bills of Costs were denied as moot. [ECF 721, Courtland II].

## II.

Based on the foregoing, Courtland is **DIRECTED** to (1) supplement Mr. Neely's timesheets with the aforementioned information, and (2) inform the Court the effect, if any, the resolution of the Bills of Costs has on its request for $199,208.66 in other nontaxable expenses on or before **June 8, 2026**. UCC may respond to the supplemented information on or before **June 10, 2026**, with any reply by Courtland due **June 12, 2026**.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  June 5, 2026

Frank W. Volk
Chief United States District Judge